# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: BROM, CHRISTOPHER SR § Case No. 11-37367-BWB
      BROM, REBECCA § 
       § 
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

 Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>THOMAS B. SULLIVAN, TRUSTEE</u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

 The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
 219 S Dearborn Street
 Chicago, IL  60604

 Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:15am on 09/20/2013 in Courtroom        , United States Courthouse,
150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  08/13/2013        By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                  Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BROM, CHRISTOPHER SR § Case No. 11-37367-BWB
   BROM, REBECCA §
                §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 22,000.00 |
| *and approved disbursements of* | $ 216.31 |
| *leaving a balance on hand of* [1] | $ 21,783.69 |
| **Balance on hand:** | $ 21,783.69 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 21,783.69 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 2,782.26 | 0.00 | 2,782.26 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 2,782.26 |
| Remaining balance: | $ 19,001.43 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | None | | |

| | |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 19,001.43 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 19,001.43 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,383.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | US BANK N.A. AS SERVICER | 2,494.97 | 0.00 | 2,494.97 |
| 2 | Portfolio Investments II LLC | 325.27 | 0.00 | 325.27 |
| 3 | Portfolio Investments II LLC | 5,563.35 | 0.00 | 5,563.35 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 8,383.59 |
| Remaining balance: | $ | 10,617.84 |

Tardily filed claims of general (unsecured) creditors totaling $ 8,901.38 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Chase Bank USA, N.A. | 8,901.38 | 0.00 | 8,901.38 |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 8,901.38 |
| Remaining balance: | $ | 1,716.46 |

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 1,716.46

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $39.04.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,677.42.

Prepared By:  /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                          Case No. 11-37367-BWB
Christopher J Brom                                              Chapter 7
Rebecca L Brom
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: ccabrales              Page 1 of 2              Date Rcvd: Aug 14, 2013
                              Form ID: pdf006              Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2013.
db/jdb        +Christopher J Brom, Sr.,    Rebecca L Brom,    1670 Riverview Court,    Morris, IL 60450-9571
17793011       Capital One Bank (USA), N.A.,    PO Box 6492,    Carol Stream, IL 60197-6492
17793013       Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
17793020       Chase Bank,   PO Box 9001022,    Louisville, KY 40290-1022
20690291      +Chase Bank USA, N.A.,    c/o Kevin C. Driscoll, Jr.,,    Barnes & Thornburg LLP,,
                1 N. Wacker Drive, Suite 4400,,    Chicago, IL 60606-2841
17793023       Chase Home Finance,    PO Box 9001020,    Louisville, KY 40290-1020
17793021      +Chase Home Finance,    P.O. Box 78420,    Phoenix, AZ 85062-8420
17793022      +Chase Home Finance,    % Freedman, Anselmo & Lindberg,    1771 W. Diehl Rd.,
                Naperville, IL 60563-1828
17793025      +Chase/BP,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
17793024       Chase/BP,   PO Box 15153,    Wilmington, DE 19886-5153
17793026      +Home Depot Credit Services,    P.O. Box 653024,    Dallas, TX 75265-3024
17793028       Menards,   HSBC Retail Services,    PO Box 17602,    Baltimore, MD 21297-1602
17793027      +Menards,   c/o HSBC Retail Services,    P.O.box 17602,    Baltimore, MD 21297-1602
17793030       Target National Bank,    P O Box 660170,    Dallas, TX 75266-0170
19786040       US BANK N.A. AS SERVICER,    FOR TOYOTA FINANCIAL SERVICES,    BANKRUPTCY DEPARTMENT,
                P.O. BOX 5229,    CINCINNATI, OH 45201-5229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18144208       E-mail/Text: ECF@SHERMETA.COM Aug 15 2013 01:23:09     JPMorgan Chase Bank, N.A.,
                c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,    Rochester Hills, MI 48308-0908
18129755       E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2013 01:32:19     JcPenney,    POB 965009,
                Orlando, FL 32896-5009
17793029       E-mail/Text: bankrup@aglresources.com Aug 15 2013 01:18:02     Nicor Gas,    PO Box 0632,
                Aurora, IL 60507-0632
20045467       E-mail/PDF: rmscedi@recoverycorp.com Aug 15 2013 01:29:05     Portfolio Investments II LLC,
                c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, Florida 33131-1605
17793032       E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2013 01:32:27     Wal-Mart Discover,    PO Box 960024,
                Orlando, FL 32896-0024
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             William J. Factor, Ltd.
17793019        Chase
17793031        Toyota Financial Services
17793012*       Capital One Bank (USA), N.A.,    PO Box 6492,    Carol Stream, IL 60197-6492
17793016*       Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
17793017*       Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
17793018*       Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
17793014*       Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
17793015*       Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
                                                                                      TOTALS: 3, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2013**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: ccabrales              Page 2 of 2                  Date Rcvd: Aug 14, 2013
                               Form ID: pdf006              Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2013 at the address(es) listed below:
```
          Ariane   Holtschlag    on behalf of Trustee Thomas B Sullivan aholtschlag@wfactorlaw.com,
           gsullivan@wfactorlaw.com
          Clay  Mosberg     on behalf of Creditor    JPMorgan Chase Bank, NA cmosberg@fallaw.com,
           tgirard@fallaw.com;mpost@fallaw.com;mmyers@fallaw.com;bneubauer@fallaw.com
          Jeffrey   Snell    on behalf of Plaintiff Patrick S Layng jeffrey.snell@usdoj.gov
          Jeffrey   Snell    on behalf of U.S. Trustee Patrick S Layng jeffrey.snell@usdoj.gov
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Stephen J West    on behalf of Debtor Christopher J Brom, Sr. tmalaw@sjwlawott.com
          Stephen J West    on behalf of Joint Debtor Rebecca L Brom tmalaw@sjwlawott.com
          Thomas B Sullivan     tsullivan@wfactorlaw.com,  IL19@ecfcbis.com
                                                                                             TOTAL: 8
```