**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BROM, CHRISTOPHER SR § Case No. 11-37367-BWB
BROM, REBECCA §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $407,000.00          Assets Exempt: $31,200.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $17,324.01     Claims Discharged
                                                 Without Payment: $0.00

Total Expenses of Administration: $2,998.57

---

3) Total gross receipts of $ 22,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,677.42 (see **Exhibit 2**), yielded net receipts of $20,322.58 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,998.57 | 2,998.57 | 2,998.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 17,324.01 | 17,324.01 | 17,324.01 |
| **TOTAL DISBURSEMENTS** | $0.00 | $20,322.58 | $20,322.58 | $20,322.58 |

    4) This case was originally filed under Chapter 7 on September 14, 2011. The case was pending for 26 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/12/2013      By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| SALE OF ASSETS PRIOR TO FILING OF BK | 1249-000 | 22,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$22,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BROM, CHRISTOPHER SR | Dividend paid 100.00% on $1,677.42; Claim# SURPLUS; Filed: $1,677.42; Reference: | 8200-002 | 0.00 |
| BROM, CHRISTOPHER & REBECCA | DIVIDEND PD 100% - SURPLUS TO DEBTOR | 8200-002 | 1,677.42 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,677.42** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 2,782.26 | 2,782.26 | 2,782.26 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 43.52 | 43.52 | 43.52 |
| Rabobank, N.A. | 2600-000 | N/A | 33.64 | 33.64 | 33.64 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 20.93 | 20.93 | 20.93 |
| Rabobank, N.A. | 2600-000 | N/A | 29.38 | 29.38 | 29.38 |
| Rabobank, N.A. | 2600-000 | N/A | 30.37 | 30.37 | 30.37 |
| Rabobank, N.A. | 2600-000 | N/A | 33.47 | 33.47 | 33.47 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,998.57** | **$2,998.57** | **$2,998.57** |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | US BANK N.A. AS SERVICER | 7100-000 | N/A | 2,494.97 | 2,494.97 | 2,494.97 |
| 1I | US BANK N.A. AS SERVICER | 7990-000 | N/A | 5.64 | 5.64 | 5.64 |
| 2 | Portfolio Investments II LLC | 7100-000 | N/A | 325.27 | 325.27 | 325.27 |
| 2I | Portfolio Investments II LLC | 7990-000 | N/A | 0.73 | 0.73 | 0.73 |
| 3 | Portfolio Investments II LLC | 7100-000 | N/A | 5,563.35 | 5,563.35 | 5,563.35 |
| 3I | Portfolio Investments II LLC | 7990-000 | N/A | 12.57 | 12.57 | 12.57 |
| 4 | Chase Bank USA, N.A. | 7200-000 | N/A | 8,901.38 | 8,901.38 | 8,901.38 |
| 4I | Chase Bank USA, N.A. | 7990-000 | N/A | 20.10 | 20.10 | 20.10 |

**UST Form 101-7-TDR (10/1/2010)**

| **TOTAL GENERAL UNSECURED CLAIMS** | $0.00 | $17,324.01 | $17,324.01 | $17,324.01 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-37367-BWB  **Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** BROM, CHRISTOPHER SR  **Filed (f) or Converted (c):** 09/14/11 (f)
BROM, REBECCA  **§341(a) Meeting Date:** 10/06/11
**Period Ending:** 11/12/13  **Claims Bar Date:** 02/15/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 1670 RIVERVIEW COURT, MORRIS IL | 255,000.00 | 0.00 | | 0.00 | FA |
| 2 | 23311 COPPER DRIVE, PLAINFIELD, IL | 150,000.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING ACCOUNT | 150.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 800.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL | 50.00 | 0.00 | | 0.00 | FA |
| 6 | HAND TOOLS | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | SALE OF ASSETS PRIOR TO FILING OF BK (u) | 22,000.00 | 22,000.00 | | 22,000.00 | FA |
| **7** | **Assets  Totals** (Excluding unknown values) | **$429,000.00** | **$22,000.00** | | **$22,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

DEFAULT JUDGMENT MOTION TO REVOKE DISCHAREG SET FOR 1/25/13 IN WILL COUNTY; (PENDING ADVERSARY - US TRUSTEE VS BROM 12-01669)

**Initial Projected Date Of Final Report (TFR):**    September 30, 2013    **Current Projected Date Of Final Report (TFR):**    August 13, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-37367-BWB  
**Case Name:** BROM, CHRISTOPHER SR  
BROM, REBECCA  
**Taxpayer ID #:** **-***0987  
**Period Ending:** 11/12/13  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******33-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/15/12 | {7} | CHRISTOPHER BROM | TURNOVER | 1249-000 | 10,000.00 | | 10,000.00 |
| 11/15/12 | {7} | CHRISTOPHER BROM | TURNOVER | 1249-000 | 12,000.00 | | 22,000.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 21,975.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.52 | 21,931.48 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033018088 20130103 | 9999-000 | | 21,931.48 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 22,000.00 | 22,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 21,931.48 | |
| | | | **Subtotal** | | 22,000.00 | 68.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22,000.00** | **$68.52** | |

{} Asset reference(s)  
Printed: 11/12/2013 12:02 PM    V.13.13

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-37367-BWB  
**Case Name:** BROM, CHRISTOPHER SR  
BROM, REBECCA  
**Taxpayer ID #:** **-***0987  
**Period Ending:** 11/12/13

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****658066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 21,931.48 | | 21,931.48 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.64 | 21,897.84 |
| 02/13/13 | 10101 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-37367, Bond #016026455 Voided on 02/13/13 | 2300-000 | | 20.93 | 21,876.91 |
| 02/13/13 | 10101 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-37367, Bond #016026455 Voided: check issued on 02/13/13 | 2300-000 | | -20.93 | 21,897.84 |
| 02/13/13 | 10102 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-37367, bond#016026455 | 2300-000 | | 20.93 | 21,876.91 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.38 | 21,847.53 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.37 | 21,817.16 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.47 | 21,783.69 |
| 09/23/13 | 10103 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $2,782.26, Trustee Compensation; Reference: | 2100-000 | | 2,782.26 | 19,001.43 |
| 09/23/13 | 10104 | US BANK N.A. AS SERVICER | Dividend paid 100.00% on $2,494.97; Claim# 1; Filed: $2,494.97; Reference: | 7100-000 | | 2,494.97 | 16,506.46 |
| 09/23/13 | 10105 | Portfolio Investments II LLC | Dividend paid 100.00% on $325.27; Claim# 2; Filed: $325.27; Reference: | 7100-000 | | 325.27 | 16,181.19 |
| 09/23/13 | 10106 | Portfolio Investments II LLC | Dividend paid 100.00% on $5,563.35; Claim# 3; Filed: $5,563.35; Reference: | 7100-000 | | 5,563.35 | 10,617.84 |
| 09/23/13 | 10107 | Chase Bank USA, N.A. | Dividend paid 100.00% on $8,901.38; Claim# 4; Filed: $8,901.38; Reference: | 7200-000 | | 8,901.38 | 1,716.46 |
| 09/23/13 | 10108 | US BANK N.A. AS SERVICER | Dividend paid 100.00% on $5.64; Claim# 1I; Filed: $5.64; Reference: | 7990-000 | | 5.64 | 1,710.82 |
| 09/23/13 | 10109 | Portfolio Investments II LLC | Dividend paid 100.00% on $0.73; Claim# 2I; Filed: $0.73; Reference: | 7990-000 | | 0.73 | 1,710.09 |
| 09/23/13 | 10110 | Portfolio Investments II LLC | Dividend paid 100.00% on $12.57; Claim# 3I; Filed: $12.57; Reference: | 7990-000 | | 12.57 | 1,697.52 |
| 09/23/13 | 10111 | Chase Bank USA, N.A. | Dividend paid 100.00% on $20.10; Claim# 4I; Filed: $20.10; Reference: | 7990-000 | | 20.10 | 1,677.42 |
| 09/23/13 | 10112 | BROM, CHRISTOPHER SR | Dividend paid 100.00% on $1,677.42; Claim# SURPLUS; Filed: $1,677.42; Reference: Voided on 09/23/13 | 8200-002 | | 1,677.42 | 0.00 |
| 09/23/13 | 10112 | BROM, CHRISTOPHER SR | Dividend paid 100.00% on $1,677.42; Claim# | 8200-002 | | -1,677.42 | 1,677.42 |

Subtotals : $21,931.48   $20,254.06

{} Asset reference(s)

Printed: 11/12/2013 12:02 PM   V.13.13

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-37367-BWB
**Case Name:** BROM, CHRISTOPHER SR
BROM, REBECCA
**Taxpayer ID #:** **-***0987
**Period Ending:** 11/12/13

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** Rabobank, N.A.
**Account:** ****658066 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/23/13 | 10113 | BROM, CHRISTOPHER & REBECCA | SURPLUS; Filed: $1,677.42; Reference: Voided: check issued on 09/23/13 DIVIDEND PD 100% - SURPLUS TO DEBTOR | 8200-002 | | 1,677.42 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 21,931.48 | 21,931.48 | $0.00 |
| | | | Less: Bank Transfers | | 21,931.48 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 21,931.48 | |
| | | | Less: Payments to Debtors | | | 1,677.42 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $20,254.06 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******33-66 | 22,000.00 | 68.52 | 0.00 |
| Checking # ****658066 | 0.00 | 20,254.06 | 0.00 |
| | $22,000.00 | $20,322.58 | $0.00 |

November 12, 2013                              /s/ THOMAS B. SULLIVAN, TRUSTEE
_____                        _____
Date                                           THOMAS B. SULLIVAN, TRUSTEE

{} Asset reference(s)                          Printed: 11/12/2013 12:02 PM    V.13.13